UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELAINE L. CHAO, Secretary of Labor,

    Plaintiff,

    v.

SUMAS TRANSPORT, INC., *et al.*,

    Defendants.

Case No. C06-1848RSL

ORDER GRANTING MOTION TO EXTEND TIME TO FILE ANSWER

    This matter comes before the Court on a motion filed by Dennis Lee Burman, the chapter 7 Trustee of the estate of defendant Sumas Transport, Inc. (the "Trustee") for a 60-day extension of time to respond to the complaint.

    It is unclear why the Trustee has filed his request as an ex parte motion and there appears to be no reason for doing so. Regardless, plaintiff has received notice of the motion through the Court's electronic filing system. Counsel filing the motion has represented that plaintiff has no objection to the extension. The Trustee has shown good cause for the extension based on the representation that the parties are attempting to resolve the matter.

    Accordingly, the Trustee's motion for an extension (Dkt. #13) is GRANTED. Sumas

ORDER GRANTING MOTION TO
EXTEND TIME TO FILE ANSWER - 1

1 | Transport, Inc. shall respond to the complaint by September 10, 2007.

3 |     DATED this 23rd day of July, 2007.

*signature*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
EXTEND TIME TO FILE ANSWER - 2