UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELAINE L. CHAO, Secretary of Labor,

    Plaintiff,

    v.

SUMAS TRANSPORT, INC., *et al.*,

    Defendants.

Case No. C06-1848RSL

ORDER REQUESTING A
JOINT STATUS REPORT

    This matter comes before the Court *sua sponte*. On July 23, 2007, the Court granted a motion to allow defendant Sumas Transport, Inc. an extension until September 10, 2007 to answer the complaint. No answer has been filed. On December 5, 2007, plaintiff filed a motion for entry of default judgment against defendant Dennis Scheffer, which the Court granted. The motion stated that the claims against the remaining defendants, Sumas Transport, Inc. and Sumas Transport, Inc. Retirement Plan "will be resolved in a separate Consent Judgment." Dkt. #18 at p. 1. No consent judgment has been filed. Nor have any other documents been filed in this case since the December 5, 2007 motion.

    The Court has an interest in expeditiously resolving matters on its docket. In addition, it is unclear whether the parties have resolved this matter to their satisfaction or whether they still desire the Court's assistance.

ORDER REQUESTING A
JOINT STATUS REPORT - 1

1  Accordingly, the parties are ordered to file a joint status report by June 20, 2008
2 explaining whether the case has been resolved and can be closed, and if not, explaining when the
3 remaining parties will file answers and/or the promised consent judgment.  The Clerk of the
4 Court is directed to place the joint status report deadline on the Court's calendar.

6  DATED this 7th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REQUESTING A
JOINT STATUS REPORT - 2